UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:25CR1053 |
| | ) | |
| v. | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 2260A |
| **TRAVIS ETHAN BETTS** | ) | |
| | ) | **INDICTMENT** |

COUNT 1

(Attempted Coercion and Enticement)

THE GRAND JURY CHARGES:

On or about August 21 2025, in the District of South Carolina the defendant, **TRAVIS ETHAN BETTS**, did attempt to use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, criminal sexual conduct with a minor in the first degree, which is a criminal offense under South Carolina Code Section 16-3-655(a)(2);

All in violation of Title 18, United States Code, Section 2422(b).

1

<u>COUNT 2</u>

(Repeat Sex Offender)

THE GRAND JURY CHARGES:

On or about August 21 2025, in the District of South Carolina the defendant, **TRAVIS ETHAN BETTS**, an individual required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 2422, as alleged in Count 1 of this Indictment;

All in violation of Title 18, United States Code, Section 2260A.

A \_\_\_\_true\_\_\_\_ BILL

_____
FOREPERSON

BRYAN P. STIRLNG
UNITED STATES ATTORNEY

By: _____
T. DeWayne Pearson (Fed. ID #10895)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.:   803-929-3000
Fax:   803-254-2912
Email: Dewayne.Pearson@usdoj.gov

2